

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID CHAVIRA, | § | No. 08-15-00128-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D03609) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **July 21, 2015.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Leticia D. Perez, Court Reporter for the 41th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **July 21, 2015.**

IT IS SO ORDERED this 18th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.